IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, | ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 1:23-cv-1123 (PTG/IDD) |
| v. | ) ) | |
| ALLIED TRADES, INC., | ) ) | |
| *Defendant.* | ) ) | |

**ORDER**

This matter comes before the Court on the July 25, 2024 Report and Recommendation ("R&R") from Magistrate Judge Ivan D. Davis regarding Plaintiff's Motion for Default Judgment as to Defendant (Dkt. 11). Dkt. 16. Judge Davis advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 16 at 7–8. To date, no objections have been filed.

After reviewing the record and Judge Davis' Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Davis set forth in the R&R (Dkt. 16). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 11) is **GRANTED**; and it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff and against Defendant for damages in the total amount of $18,450.36 and attorneys' fees and costs in the amount of $5,107.00, for a total of $23,557.36.

The Clerk of Court is directed to enter judgment in favor of Plaintiff, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further

directed to forward a copy of this Order to all parties of record.

It is **SO ORDERED**.

***

To appeal this decision, Defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order.  A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals.  Failure to file a timely notice of appeal waives Defendant's right to appeal this decision.

Entered this 15 day of November, 2024
Alexandria, VA

Patricia Tolliver Giles
United States District Judge